In the Matter of DAVID POWERS, Appellant, v ST. JOHN'S UNIVERSITY SCHOOL OF LAW, Respondent.

Submitted January 12, 2015; decided January 15, 2015

Motion by Community Service Society of New York et al. for leave to appear amici curiae on the appeal herein granted only

to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.